UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

No: 23-3593

Joanna Burke

Appellant

v.

PHH Mortgage Corporation, et al.

Appellees

___

Appeal from U.S. District Court for the District of Minnesota
(0:23-cv-01119-WMW)

___

**ORDER**

The petition for rehearing en banc is denied. The petition for rehearing by the panel is also denied.

July 05, 2024

Order Entered at the Direction of the Court:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.
___
　　　/s/ Maureen W. Gornik