# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-3593

Joanna Burke

Appellant

v.

PHH Mortgage Corporation, et al.

Appellees

___

Appeal from U.S. District Court for the District of Minnesota
(0:23-cv-01119-WMW)

___

**MANDATE**

In accordance with the judgment of February 5, 2024, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

July 15, 2024

Acting Clerk, U.S. Court of Appeals, Eighth Circuit